RICHARD G. ZIMMER, ESQ. – SBN 107263
T. MARK SMITH, ESQ. – SBN 162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA  93301-5230
Tel: (661) 322-6023   Fax: (661) 322-3508

Attorneys for Defendant, AUBREY WIMBERLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| DANNY BROWN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AUBREY WIMBERLY, an individual; and DOES 1 through 100, <br><br> Defendants. | **CASE NO. 1:14-CV-01812-JLT** <br><br> **STIPULATION TO CONTINUE NON-EXPERT DISCOVERY COMPLETION DATE; ORDER THEREON** <br><br> (Doc. 34) |

COMES NOW, the parties to the above-captioned matter, and hereby submit the following Stipulation to Continue the Non-Expert Discovery Completion Date;

WHEREAS, discovery is ongoing including written and deposition discovery;

WHEREAS, additional depositions are noticed and the parties contemplate the need for additional discovery extending beyond the currently set non-expert discovery completion date of July 1, 2016 per the Scheduling Order;

WHEREAS, the parties agree to stipulate that in order for the necessary discovery to be completed, the Scheduling Order shall be modified to extend the non-expert discovery completion date to and including August 30, 2016;

1

**STIPULATION TO CONTINUE NON-EXPERT DISCOVERY COMPLETION DATE; ORDER THEREON**

WHEREAS, the parties agree that this stipulation shall have no bearing on, and is without prejudice to, any positions taken with regard to Plaintiff's pending motion for leave to modify the scheduling order to file a first amended complaint;

IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, that the Scheduling Order shall be modified to extend the Non-Expert Discovery Completion Date from July 1, 2016 to and including August 30, 2016.

Dated: June 14, 2016                                    CLIFFORD & BROWN

                                                        By: _____
                                                            RICHARD G. ZIMMER, ESQ.
                                                            T. MARK SMITH, ESQ.
                                                            Attorneys for Defendant,
                                                            AUBREY WIMBERLY

Dated: June 13, 2016                                    LAW OFFICES OF RANDY RUMPH

                                                        By  /s/ _____
                                                            RANDALL MARTIN RUMPH, ESQ.
                                                            Attorney for Plaintiff,
                                                            DANNY BROWN
                                                            (Authorized in writing June 13, 2016)

## **ORDER**

Based upon the stipulation of the parties (Doc. 34), the case schedule is amended to extend the non-expert discovery to August 30, 2016. **No other amendments to the case schedule are authorized and no further amendments to the case schedule are contemplated.**

IT IS SO ORDERED.

Dated:   **June 14, 2016**                              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE NON-EXPERT DISCOVERY COMPLETION DATE;
ORDER THEREON**