1

2

3

4

5

6

7

8                                   **UNITED STATES DISTRICT COURT**

9                                   **EASTERN DISTRICT OF CALIFORNIA**

10

11    DANNY BROWN,                          )   Case No.: 1:14-cv-01812 JLT
                                            )
12              Plaintiff,                  )   ORDER AFTER IN CAMERA REVIEW OF
                                            )   RECORDS PRODUCED BY THE CA STATE
13         v.                               )   PERSONNEL BOARD
                                            )
14    AUBREY WIMBERLY,                       )
                                            )
15              Defendants.                 )
                                            )
16

17         On August 8, 2016, the Court conducted an informal conference related a discovery dispute.

18    (Doc. 43)  At the conference, counsel agreed that the records would be produced from the CA State

19    Personnel Board, related to Mr. Brown's employment with the CDCR, and records produced by the

20    City of Wasco to the Court to conduct an in camera review.

21         The Court has conducted the review of the records from the CA State Personnel Board which

22    is made up on the hearing officer's decision and the determination of the Board.  The determination by

23    the Board is nearly entirely boilerplate with little detail related to Mr. Brown.  On the other hand, the

24    hearing officer's decision details the evidence presented and her conclusions.  Notably, the description

25    of the evidence, including the hearing officer's determination that there was insufficient evidence to

26    link protected activity to alleged retaliation, conforms to the testimony given by Mr. Brown at his

27    deposition.

28         The Court finds that there is nothing in the record from the CA State Personnel Board that

                                                   1

bears on Mr. Brown's claim for emotional distress damages.  In addition, the Court finds that there is nothing in the record that could lead to the discovery of admissible evidence.  Therefore, the Court **ORDERS**:

      1.     The documents produced by the State Personnel Board need not be produced to the defendants and the subpoena duces tecum is **QUASHED**.

      2.     **No later than September 9, 2016**, plaintiff's counsel **SHALL** retrieve from the Clerk of the Court at the United States Courthouse, located at 510 19th Street, Bakersfield, CA, the copy of the records produced by the CA State Personnel Board.

IT IS SO ORDERED.

Dated:   **August 23, 2016**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE