UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>AUBREY WIMBERLY,<br><br>    Defendants. | Case No.: 1:14-cv-01812 JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF RECORDS PRODUCED BY THE CITY OF WASCO |

On August 8, 2016, the Court conducted an informal conference related a discovery dispute. (Doc. 43) At the conference, counsel agreed that the records would be produced from the CA State Personnel Board, related to Mr. Brown's employment with the CDCR, and records produced by the City of Wasco to the Court to conduct an in camera review.

The Court has now conducted the review of the records from the City of Wasco. The Court finds that there is nothing in the record that bears on Mr. Brown's claim for emotional distress damages. There is no evidence the employment ended due to any fault of either party and no evidence of claims similar to those made in this case. In addition, the Court finds that there is nothing in the record that could lead to the discovery of admissible evidence. Therefore, the Court **ORDERS**:

1. The documents produced by the City of Wasco need not be produced to the defendants and the subpoena duces tecum is **QUASHED**.

2. **No later than September 23, 2016**, plaintiff's counsel **SHALL** retrieve from the Clerk of the Court at the United States Courthouse, located at 510 19th Street, Bakersfield, CA, the copy of the records produced by the City of Wasco.

IT IS SO ORDERED.

Dated:   **September 14, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE